IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Theresa Cameranesi, et al., | NO. C 12-00595 JW |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| U.S. Dep't of Defense, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 11, 2012. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 24.) In their joint submission, the parties represent that no discovery is necessary in this Freedom of Information Act case, and request a hearing date for Cross-Motions for Summary Judgment. (See id.) Accordingly, the Case Management Conference is VACATED. The Court sets **October 22, 2012 at 9 a.m.** for a hearing on the parties' anticipated Motions. These Motions shall be briefed in accordance with the Civil Local Rules.

Dated: June 6, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Duffy Carolan duffycarolan@dwt.com
Juan Dion Walker juan.walker@usdoj.gov
Peter Kent Spriggs kspriggs@spriggslawfirm.com

**Dated: June 6, 2012**                                    **Richard W. Wieking, Clerk**

                                                  **By: /s/ JW Chambers**
                                                       **William Noble**
                                                       **Courtroom Deputy**