MELINDA HAAG (CA State Bar No. 132612)
United States Attorney
ALEX G. TSE (CA State Bar No. 152348)
Chief, Civil Division
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-7180
Facsimile: (415) 436-6748
Email:  Michelle.Lo@usdoj.gov

Attorneys for Federal Defendants

KENT SPRIGGS (*Pro Hac Vice*)
Spriggs Law Firm (Florida Bar No. 0106013)
2007 W. Randolph Cir.
Tallahassee, Florida
Telephone (850-224-8700)

Duffy Carolan (CA State Bar No. 154988)
Jassy Vick Carolan LLP
400 Montgomery Street, Suite 200
San Francisco, California  94111
Telephone:    (415) 539-3399
Facsimile:    (415) 539-3394
Email:        dcarolan@jassyvick.com

Attorneys for Plaintiff
THERESA CAMERANESI and JUDITH LITEKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THERESA CAMERANESI and JUDITH LITEKY<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br>U.S. ARMY TRAINING AND DOCTRINE COMMAND<br><br>Defendants. | Case No.  C 12-0595 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION FOR FEES AND COSTS FOLLOWING JUDGMENT**<br><br><br><br>Complaint Filed: February 6, 2012 |

1  WHEREAS the parties have reached a tentative agreement on the outstanding issue of attorneys' fees and costs in this matter;

3  WHEREAS the parties are in the process of memorializing their agreement in writing;

4  WHEREAS, currently, that last day to file a motion for attorney's fees and costs in this matter is October 22, 2014;

6  WHEREAS the parties seek an additional three weeks to allow the parties to finalize their agreement on the outstanding issues of attorneys' fees and costs;

8  IT IS THEREFORE STIPULATED by and between the parties to this action, through their respective counsel of record, that the time within which to file a motion to recover attorneys' fees and costs shall be extended by an additional 21 days (from October 22, 2014 to November 12, 2014).

IT IS SO STIPULATED:

DATED: Oct. 21, 2014                MELINDA HAAG
                                    United States Attorney


                                    By : /s/_____
                                         Michelle Lo


DATED: Oct. 21, 2014                JASSY VICK CAROLAN LLP


                                    By : /s/_____
                                         Duffy Carolan
                                    Attorney for Plaintiffs
                                    THERESA CAMERANESI and JUDITH LITEKY

2
STIPULATION AND ORDER RE MOTION FOR FEES
Case No. C-12-0595 PJH

## ORDER

GOOD CAUSE APPEARING, and pursuant to Fed. R. Civ. Proc. 54(d)(2)(B), the time by with Plaintiffs may move for the recovery of attorneys' fees and costs, if any, is hereby extended by (21) days (from October 22, 2014 to November 12, 2014).

IT IS SO ORDERED.

Dated: October 22, 2014

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

STIPULATION AND ORDER RE MOTION FOR FEES
Case No. C-12-0595 PJH